**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ESTATE OF DONOVAN L. LEWIS,**

      **Plaintiff,**

  vs.                              Civil Action 2:24-cv-1841
                                    Judge Michael H. Watson
                                    Magistrate Judge Jolson

**CITY OF COLUMBUS, OHIO, et al.,**

      **Defendants.**

## NOTICE

**PROCEEDING:**    **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**    **VIA TELECONFERENCE**
                Jos. P. Kinneary U.S. Courthouse
                85 Marconi Blvd., R-200
                Columbus, OH 43215

**DATE/TIME:**    **June 12, 2024 @ 10:30 a.m.**

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. Click on Forms and then select Rule 26(f) Report of the Parties (Eastern Division Only).

    2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

    3. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate.

    4. Questions or concerns should be directed to chambers at 614-719-3470.

May 23, 2024                                                   *s/Jessica Rector*
                                                           Jessica Rector, Courtroom Deputy to
                                                           Magistrate Judge Kimberly A. Jolson