# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Estate of Donovan L. Lewis, *by and through its Administrator, Rebecca Duran,*

        Plaintiff,

        v.

City of Columbus, Ohio, *et al.*,

        Defendants.

Case No. 2:24-cv-1841

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Fraternal Order of Police, Capital City Lodge No. 9 ("Intervenor") has moved to intervene in this case. ECF No. 11. The Court has not yet ruled on Intervenor's motion. Intervenor has also filed an Answer, ECF No. 10, which the Court **STRIKES**. Because Intervenor is not a party to this case, it has no obligation or right to file a pleading. If the Court grants Intervenor's motion to intervene, Intervenor will have a sufficient opportunity to file an Answer or otherwise respond to the Complaint.

The Clerk shall designate ECF No. 10 as "stricken."

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT