# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ESTATE OF DONOVAN L. LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF COLUMBUS, OHIO, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01841 <br><br> Judge Michael H. Watson <br><br> Magistrate Judge Kimberly A. Jolson |

## MOTION TO WITHDRAW AS COUNSEL

Assistant City Attorney Dexter W. Dorsey (0097657) respectfully moves this Court for permission to withdraw from his representation of Defendants in the above-captioned matter. Attorney Dorsey has taken a new position with a different office and his last day with the City of Columbus will be March 7, 2025. Since Attorney Dorsey will no longer be employed with the City of Columbus, he will no longer be able to represent Defendants as their attorney. Attorney Dorsey certifies that Defendants are aware of all orders and all upcoming and relevant assignment dates.

Respectfully submitted,

/s/ Dexter W. Dorsey
Westley M. Phillips (0077728) – Lead
Alana V. Tanoury (0092265)
David J. Dirisamer (0092125)
Dexter W. Dorsey (0097657)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
wmphillips@columbus.gov
avtanoury@columbus.gov

djdirisamer@columbus.gov
dwdorsey@columbus.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that, on **March 5, 2025**, I electronically filed the foregoing with the Clerk of this Court by using the Court's electronic filing system. Copies will be served upon counsel by operation of this Court's electronic filing system on all parties who have filed an appearance in this matter.

                                            /s/ Dexter W. Dorsey
                                            Dexter W. Dorsey (0097657)