## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 02, 2025

Mr. Richard W. Nagel  
Office of the Clerk  
85 Marconi Boulevard  
Suite 121  
Columbus, OH 43215

      Re:    Case No. 24-3846, *Estate of Donovan L. Lewis v. City of Columbus, OH, et al*  
              Originating Case No. 2:24-cv-01841

Dear Mr. Nagel,

  Enclosed is a copy of the mandate filed in this case.

                                                  Sincerely yours,

                                                  s/Kelly Stephens  
                                                  Senior Case Administrator: Patricia

cc:  Mr. Charles Benjamin Cooper  
      Mr. Rex H. Elliott  
      Mr. Barton R. Keyes  
      Ms. Kaela Jean King  
      Mr. Lathan J. Lipperman

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-3846

_____

Filed: December 02, 2025

ESTATE OF DONOVAN L. LEWIS, by and through its Administrator, Rebecca Duran

    Plaintiff - Appellee

v.

CITY OF COLUMBUS, OH
ELAINE BRYANT, Chief, in her Official Capacity of an Employee of the City of Columbus

    Defendants

FRATERNAL ORDER OF POLICE, CAPITAL CITY LODGE #9

    Proposed Intervenor - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 11/07/2025 the mandate for this case hereby issues today.

COSTS: None