### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF DONOVAN LEWIS,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-01841** |
| | : | |
| **v.** | : | **Judge Michael H. Watson** |
| | : | |
| **THE CITY OF COLUMBUS,** | : | **Magistrate Judge Kimberly A. Jolson** |
| **OHIO***, et al.***,** | : | |
| | : | |
| **Defendants.** | : | |

### JOINT STATUS REPORT

As the Court ordered in its December 9, 2025 Opinion and Order granting the FOP's motion to intervene and denying Chief Bryant's motion to dismiss without prejudice (ECF No. 30), the parties submit this Joint Status Report. The Court of Appeals issued its Opinion and entered its Judgment on November 7, 2025. Plaintiff Estate of Donovan Lewis is considering seeking further review by the United States Supreme Court. Under Supreme Court Rule 13.1, the Estate has until 90 days from November 7—February 5, 2026—to file a petition for writ of certiorari. The Estate has thus proposed, and the defendants do not oppose, further extending the stay in this case to allow time for the Estate to determine whether to file a petition and to file it if it decides to do so. If the Estate files a petition, the Court may then consider appropriate further action at that time. Accordingly, the parties propose that the Court extend the stay of this matter through February 19, 2026 and order the parties to file another joint status report on that date.

Respectfully submitted,

/s/ Barton R. Keyes
Rex H. Elliott (0054054)-Trial Attorney
Barton R. Keyes (0083979)
C. Benjamin Cooper (0093103)
Kaela King (0100098)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)
rexe@cooperelliott.com
bartk@cooperelliott.com
bartk@cooperelliott.com
benc@cooperelliott.com

/s/ Westley M. Phillips (per email auth.)
Westley M. Phillips (0077728)-Trial Attorney
David J. Dirisamer (0092125)
Alana V. Tanoury (0092265)
Assistant City Attorneys
City of Columbus, Department of Law
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
wmphillips@columbus.gov
djdirisamer@columbus.gov
avtanoury@columbus.gov

*Attorneys for Defendants City of Columbus and Chief Elaine Bryant*

Michael L. Wright (0067698)
Robert L. Gresham (0082151)
Wright & Schulte
130 West 2nd Street, Suite 1600
Dayton, Ohio 45402
(937) 222-7477
(937) 222-7911 (fax)
mwright@yourohiolegalhelp.com
rgresham@yourohiolegalhelp.com

Richard W. Schulte (0066031)
Wright & Schulte
865 South Dixie Drive
Vandalia, Ohio 45377
(937) 435-7500
(937) 435-7511
rschulte@yourlegalhelp.com

*Attorneys for Plaintiff*
*Estate of Donovan Lewis*

/s/ Nicole E. Wannemacher (per email auth.)
Nicole E. Wannemacher (0078095)-Trial Attorney
Lathan Lipperman (0095523)
Harshman, Wannemacher, Tipton & Lipperman
4683 Winterset Drive
Columbus, Ohio 43220
(614) 573-6944
(614) 573-6948
nwannemacher@hcands.com
llipperman@hcands.com

*Attorneys for Intervenor-Defendant Fraternal Order of Police, Capital City Lodge #9*

2