UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Estate of Donovan L. Lewis,**
by and through its Administrator,
Rebecca Duran,

    **Plaintiff,**

v.

**City of Columbus, Ohio, et al.,**

    **Defendants.**

Case No. 2:24-cv-1841

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

In their recent joint status report, ECF No. 31, the parties inform the Court that Plaintiff may seek further review by the United States Supreme Court of the November 7, 2025, judgment entered by the Sixth Circuit Court of Appeals regarding intervention by the Fraternal Order of Police, Capital City Lodge #9 ("FOP"), see ECF No. 28. The parties thus ask the Court to extend the stay in this case until February 19, 2026, to afford Plaintiff time to determine whether to file a petition for writ of certiorari and, if so, to file that petition. ECF No. 31 at PAGEID # 445.

The parties' joint request is **GRANTED in part** and **DENIED in part**. Because the Court lifted the stay in this case in its prior Opinion and Order, see ECF No. 30, there is no stay to extend, so the Court **DENIES** that portion of the parties' request. Nonetheless, the Court **STAYS** all discovery and other deadlines thereafter while Plaintiff determines whether to seek review of the Sixth

Circuit's judgment by the United States Supreme Court. The parties are **ORDERED** to file a joint status report on or before **February 19, 2026**. If Plaintiff chooses not to file a petition for writ of certiorari, the parties should also include in their joint status report a proposed case schedule identifying the next steps in this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT**