**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ESTATE OF DONOVAN L. LEWIS,**

      **Plaintiff,**

    **v.**                             **Civil Action 2:24-cv-1841**
                                       **District Judge Michael H. Watson**
                                     **Magistrate Judge Kimberly A. Jolson**

**CITY OF COLUMBUS, et al.,**

      **Defendants.**

## SCHEDULING ORDER

    The Court adopts the parties' Joint Proposed Case Schedule (Doc. 36):

- Primary Expert Disclosure Deadline: August 15, 2026

- Rebuttal Expert Disclosure Deadline: September 15, 2026

- Discovery Deadline: October 15, 2026

- Dispositive Motion Deadline: October 30, 2026

    The parties further understand that this matter will be set for trial beginning January 11, 2027.

    IT IS SO ORDERED.

Date:  April 24, 2026                     /s/ Kimberly A. Jolson
                                        KIMBERLY A. JOLSON
                                        UNITED STATES MAGISTRATE JUDGE