## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF DONOVAN LEWIS,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-01841** |
| | : | |
| **v.** | : | **Judge Michael H. Watson** |
| | : | |
| **THE CITY OF COLUMBUS,** | : | **Magistrate Judge Kimberly A. Jolson** |
| **OHIO**, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties stipulate to the dismissal of this entire action without prejudice. Each party to bear their own costs, expenses, and attorney fees.

Respectfully submitted,

/s/ Barton R. Keyes
Rex H. Elliott (0054054)-Trial Attorney
Barton R. Keyes (0083979)
C. Benjamin Cooper (0093103)
Kaela King (0100098)
Cooper Elliott
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (fax)
rexe@cooperelliott.com
bartk@cooperelliott.com
bartk@cooperelliott.com
benc@cooperelliott.com

/s/ Westley M. Phillips (per email auth.)
Westley M. Phillips (0077728)-Trial Attorney
David J. Dirisamer (0092125)
Alana V. Tanoury (0092265)
Assistant City Attorneys
City of Columbus, Department of Law
77 N. Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
wmphillips@columbus.gov
djdirisamer@columbus.gov
avtanoury@columbus.gov

*Attorneys for Defendants City of Columbus and
Chief Elaine Bryant*

Michael L. Wright (0067698)
Robert L. Gresham (0082151)
Wright & Schulte
130 West 2nd Street, Suite 1600
Dayton, Ohio 45402
(937) 222-7477
(937) 222-7911 (fax)
mwright@yourohiolegalhelp.com
rgresham@yourohiolegalhelp.com

/s/ Nicole E. Wannemacher (per email auth.)
Nicole E. Wannemacher (0078095)-Trial Attorney
Lathan Lipperman (0095523)
Harshman, Wannemacher, Tipton & Lipperman
4683 Winterset Drive
Columbus, Ohio 43220
(614) 573-6944
(614) 573-6948
nwannemacher@hcands.com
llipperman@hcands.com

*Attorneys for Intervenor-Defendant Fraternal
Order of Police, Capital City Lodge #9*

Richard W. Schulte (0066031)
Wright & Schulte
865 South Dixie Drive
Vandalia, Ohio 45377
(937) 435-7500
(937) 435-7511
rschulte@yourlegalhelp.com

*Attorneys for Plaintiff
Estate of Donovan Lewis*

2